IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-159 |
| | ) | |
| HUGH McPHERSON | ) | |

_____

**O R D E R**
_____

The Court **GRANTS** the Government's motion to dismiss, (doc. no. 26), pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

SO ORDERED this 14th day of May, 2021, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA